IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Harold M | Case Number: 08 B 18515 |
|---|---|---|
| | Brown, Trenace M | Judge: Hollis, Pamela S |
| | Printed: 01/06/09 | Filed: 7/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,700.00 | |
| Secured: | | 1,587.80 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 112.20 |
| Other Funds: | | 0.00 |
| Totals: | 1,700.00 | 1,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Santander Consumer USA | Secured | 14,853.00 | 693.79 |
| 2. | Santander Consumer USA | Secured | 19,209.00 | 894.01 |
| 3. | Nissan Motor Acceptance Corporation | Unsecured | 890.22 | 0.00 |
| 4. | Santander Consumer USA | Unsecured | 57.12 | 0.00 |
| 5. | Lakewood Hills Apartment | Unsecured | 172.55 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 75.65 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 15.00 | 0.00 |
| 8. | Walker Internal Medicine | Unsecured | 17.69 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 7,663.27 | 0.00 |
| 10. | Community Bank | Unsecured | 245.00 | 0.00 |
| 11. | Access Credit Union | Unsecured | 37.20 | 0.00 |
| 12. | Entergy Arkansas | Unsecured | 5.01 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 32.87 | 0.00 |
| 14. | Sage Telecon | Unsecured | 13.59 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 130.41 | 0.00 |
| 16. | Santander Consumer USA | Unsecured | 23.20 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 103.46 | 0.00 |
| 18. | Commonwealth Edison | Unsecured | 20.62 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 17.33 | 0.00 |
| 20. | City Of North Little Rock | Unsecured | 55.24 | 0.00 |
| 21. | Arkansas Federal CU | Unsecured | 55.93 | 0.00 |
| 22. | Internal Revenue Service | Priority | | No Claim Filed |
| 23. | Arkansas OCSE | Priority | | No Claim Filed |
| 24. | Centerpoint Energy | Unsecured | | No Claim Filed |
| 25. | Asset Acceptance | Unsecured | | No Claim Filed |
| 26. | Allied Interstate | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Harold M | Case Number: 08 B 18515 |
|---|---|---|
| | Brown, Trenace M | Judge: Hollis, Pamela S |
| | Printed: 01/06/09 | Filed: 7/18/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Cantrell West Dental | Unsecured | | No Claim Filed |
| 28. | AT&T Mobility | Unsecured | | No Claim Filed |
| 29. | AT&T | Unsecured | | No Claim Filed |
| 30. | Arkansas Urology | Unsecured | | No Claim Filed |
| 31. | BHC | Unsecured | | No Claim Filed |
| 32. | Bank Of America | Unsecured | | No Claim Filed |
| 33. | Capital One | Unsecured | | No Claim Filed |
| 34. | Peder Jensen DMD | Unsecured | | No Claim Filed |
| 35. | Collection Company Of America | Unsecured | | No Claim Filed |
| 36. | Check Alert | Unsecured | | No Claim Filed |
| 37. | Comcast | Unsecured | | No Claim Filed |
| 38. | Comcast | Unsecured | | No Claim Filed |
| 39. | Enhanced Recovery | Unsecured | | No Claim Filed |
| 40. | Credit Protection Association | Unsecured | | No Claim Filed |
| 41. | Dollar General Corp | Unsecured | | No Claim Filed |
| 42. | CBCS | Unsecured | | No Claim Filed |
| 43. | EAM Receivables | Unsecured | | No Claim Filed |
| 44. | Nationwide Insurance Company | Unsecured | | No Claim Filed |
| 45. | First Source Bank | Unsecured | | No Claim Filed |
| 46. | ER Solutions | Unsecured | | No Claim Filed |
| 47. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 48. | Gold Key Credit Inc | Unsecured | | No Claim Filed |
| 49. | Laboratory Corporation Of American | Unsecured | | No Claim Filed |
| 50. | Little Rock Diagnostic Clinic | Unsecured | | No Claim Filed |
| 51. | Hosto Buchan Prater | Unsecured | | No Claim Filed |
| 52. | Medical Payment Data | Unsecured | | No Claim Filed |
| 53. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 54. | NES Arkansas | Unsecured | | No Claim Filed |
| 55. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 56. | AFNI | Unsecured | | No Claim Filed |
| 57. | Radiology Consultants | Unsecured | | No Claim Filed |
| 58. | Service Finance Co | Unsecured | | No Claim Filed |
| 59. | Talk America | Unsecured | | No Claim Filed |
| 60. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 61. | Village of Forest Park | Unsecured | | No Claim Filed |
| 62. | Sprint PCS | Unsecured | | No Claim Filed |
| 63. | Covenant Mgmt Group | Unsecured | | No Claim Filed |
| | | | $ 43,693.36 | $ 1,587.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 112.20 |
| | $ 112.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brown, Harold M<br>Brown, Trenace M<br>Printed: 01/06/09 | Case Number:  08 B 18515<br>Judge:  Hollis, Pamela S<br>Filed:  7/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

